UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| KENTUCKY LODGE NO. 681, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DYLAN ANDERSON and COOK COMPRESSION,<br><br>    *Defendants*.<br><br>DYLAN ANDERSON,<br><br>    *Cross-Claimant*,<br><br>    v.<br><br>COOK COMPRESSION,<br><br>    *Cross-Defendant*. | No. 4:21-cv-00066-JMS-KMB |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** in favor Plaintiff Kentucky Lodge No. 681, International Association of Machinists and Aerospace Workers, AFL-CIO and Defendant/Cross-Defendant Cook Compression. Defendant/Cross-Claimant Dylan Anderson shall take nothing by way of his Amended Cross-Claim.

Date: 3/10/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**<u>Distribution via ECF only to all counsel of record.</u>**